AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | |
|---|---|
| Hi-Tech Pharmaceuticals, Inc. <br><br> _Plaintiff(s)_ <br><br> v. <br><br> Advanced Nutraceutical Sciences, Inc. d/b/a ANS Performance; John and Jane Does 1-10; and John Doe Entities 1-10 <br><br> _Defendant(s)_ | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  1:16-cv-1538 |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Advanced Nutraceutical Sciences, Inc. d/b/a ANS Performance
333 Adelaide St. E.
Suite #1208,
Toronto, ON, M5A 4T4

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Arthur W. Leach
The Law Office of Arthur W. Leach
5780 Windward Parkway, Suite 225
Alpharetta, Georgia 30005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN

_CLERK OF COURT_



Date:  05/12/2016

_____
s/Joyce White
_Signature of Clerk or Deputy Clerk_