# UNITED STATES DISTRICT COURT
# NOTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| HI-TECH PHARMACEUTICALS, INC., | ) | |
| d/b/a INNOVATIVE LABORATORIES | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:16-cv-01538-SCJ |
| v. | ) | |
| | ) | |
| ADVANCED NUTRACEUTICAL | ) | |
| SCIENCES, INC., d/b/a ANS | ) | |
| PERFORMANCE, JOHN and JANE | ) | |
| DOES 1-10; and JOHN DOE ENTITIES | ) | |
| 1-10. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | / | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal with prejudice of all claims in this action, with each party to bear its own attorney fees and expenses.  A proposed order of dismissal agreed to by the parties is attached hereto.

Respectfully submitted this 9th day of May, 2017.

/s/ Arthur W. Leach
Arthur W. Leach
Georgia Bar No. 442025
C.L. Parker

Georgia Bar No. 722011
*Counsel for Plaintiff Hi-Tech*
*Pharmaceuticals, Inc. d/b/a*
*Intellectual Wellness*

The Law Office of Arthur W. Leach
5780 Windward Parkway, Suite 225
Alpharetta, Georgia 30005
Tel: 404-786-6443
Art@ArthurWLeach.com
CL@clparkerllc.com

*/s/ Jeffrey David Blake*
Jeffrey David Blake
Georgia Bar No. 253018
*Counsel for Defendant Advanced*
*Nutraceutical Sciences, Inc. d/b/a*
*ANS Performance*

Merchant & Gould PC
191 Peachtree Street, N.E.
Suite 3800
Atlanta, GA 30303-1821
404-954-5100
Fax: 404-954-5099
jblake@merchantgould.com

## **CERTIFICATE OF SERVICE**

I certify that on the date shown above, I electronically filed a true and correct copy of the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing, constituting service to all attorneys of record.


*/s/ Arthur W. Leach*
Arthur W. Leach