UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| HI-TECH PHARMACEUTICALS, INC., d/b/a INNOVATIVE LABORATORIES,  )<br><br>Plaintiff,  )<br><br>v.  )<br><br>ADVANCED NUTRACEUTICAL SCIENCES, INC., d/b/a ANS PERFORMANCE, JOHN and JANE DOES 1-10; and JOHN DOE ENTITIES 1-10.  )<br><br>Defendants.  ) | Case No. 1:16-cv-01538-SCJ |

**ORDER OF DISMISSAL WITH PREJUDICE**

THIS CAUSE is before the Court upon the parties' Stipulation of Dismissal With Prejudice. Upon review of the Stipulation of Dismissal, the court file, and being duly advised in the premises, the Court hereby orders and adjudges as follows:

This action is DISMISSED WITH PREJUDICE. Each party shall bear its own attorney fees and expenses. The case is CLOSED.

DONE AND ORDERED this _____ day of _____, 2017.

_____
Hon. Steve C. Jones
United States District Court Judge